UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **ERNEST BREAULT,** | : | CIVIL ACTION NO.: |
| | : | |
| **Plaintiff,** | : | 1:19-cv-00955-FJS-DJS |
| | : | |
| vs. | : | |
| | : | |
| **CSX TRANSPORTATION, INC.,** | : | |
| | : | |
| **Defendant.** | : | July 24, 2020 |
| | : | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Ernest Breault and Defendant, CSX Transportation, Inc. hereby file this Stipulation of Dismissal With Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), dismissing with prejudice all of the plaintiff's claims against the Defendant.

**Dated:   July 24, 2020**

*ATTORNEYS FOR PLAINTIFF*

By: */s/ Stephen J. Fitzgerald*
   Stephen J. Fitzgerald  *(ct22939)*
   GARRISON, LEVIN-EPSTEIN,
     FITZGERALD & PIRROTTI, P.C.
   405 Orange Street
   New Haven, CT  06511
   Tel:  (203) 777-4425
   Fax:  (203) 776-3965
   sfitzgerald@garrisonlaw.com

By: */s/ Charles C. Goetsch*
   Charles C. Goetsch  *(ct00776)*
   CHARLES GOETSCH LAW OFFICES LLC
   405 Orange Street
   New Haven, CT  06511
   Tel:  (203) 672-1370
   Fax:  (203) 776-3965
   charlie@whistleblower.com

*ATTORNEYS FOR DEFENDANT*

By: /s/ *Susan C. Roney*

    Susan C. Roney  *(Bar Roll#: 103251)*
    NIXON PEABODY LLP
    40 Fountain Plaza, Suite 500
    Buffalo, NY  14202
    Tel.:  (716) 853-8100
    Cell: (716) 867-0333
    E-mail:  sroney@nixonpeabody.com

By: /s/ *Nikki L. McArthur*

    Nikki L. McArthur  *(admitted PHV)*
    JONES DAY
    51 Louisiana Avenue, N.W.
    Washington, D.C.  20001
    Tel.:  (202) 879-3843
    Fax:  (202) 626-1700
    E-mail:  nmcarthur@jonesday.com

By: /s/ *Andrew C. Rose*

    Andrew C. Rose  *(Bar Roll #: 102473)*
    NIXON PEABODY LLP
    677 Broadway, 10th Floor
    Albany, NY  12207
    Tel:  (518) 427-2650
    E-mail:  acrose@nixonpeabody.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this   24th   day of July, 2020, a copy of the foregoing **Stipulation of Dismissal With Prejudice** was filed electronically *[and served by mail on anyone unable to accept electronic filing]*.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system *[or by mail to anyone unable to accept electronic filing]*.  Parties may access this filing through the Court's system.

    /s/ *Stephen J. Fitzgerald*
    Stephen J. Fitzgerald

I**T IS SO ORDERED**.
July 27, 2020

_____
Frederick J. Scullin, Jr.
Senior United States District Judge